JS-6

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., Suite 4000
Chicago, IL 60601
Phone: (312) 222-9028
Toll Free: (888) 822-1777
Fax:    (312) 602-3911
E-mail: lsmith@smithlaw.us

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| PENNY LOKELANI WILHELM, | ) Case No. EDCV08-0854 SGL |
| Plaintiff, | ) |
| vs. | ) STIPULATION OF DISMISSAL |
| TARGET NATIONAL BANK, | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties, that said action against TARGET NATIONAL BANK., be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been compromised and adjourned.

DATED THIS 19th day of February, 2009

_____s/Larry P. Smith_____
Larry P. Smith,
Larry P. Smith & Associates, Ltd.
For Plaintiff

_____s/Brian Melendez_____
Brian Melendez
Faegre & Benson
for Defendant

IT IS SO ORDERED.
DATED: 2/27/09
_____
UNITED STATES DISTRICT JUDGE